IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHRAIN AL PATO, ET AL.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>WILLIAM BARR, ET AL.,<br><br>                    Defendants. | CASE NO. 1:20-CV-00973-NONE-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 6) |

      The United States respectfully requests a 30-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose. The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is October 30, 2020.

                                                          Respectfully submitted,

Dated: September 28, 2020                            McGREGOR W. SCOTT
                                                                       United States Attorney

                                                       By: /s/ AUDREY B. HEMESATH
                                                                AUDREY B. HEMESATH
                                                                Assistant United States Attorney


                                                                      /s/ CURTIS MORRISON
                                                                      CURTIS MORRISON
                                                                      Counsel for Plaintiffs

ORDER

Pursuant to the parties' stipulation, (ECF No. 6), it is HEREBY ORDERED that Defendants shall file an answer or other dispositive pleading no later than October 30, 2020.

IT IS SO ORDERED.

Dated:   **September 28, 2020**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE