IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHRAIN AL PATO, et al., | CASE NO. 1:20-CV-973-NONE-EPG |
| Plaintiffs, | STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |
| v. | |
| WILLIAM BARR, et al., | |
| Defendants. | |

The United States respectfully requests a second 30-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose. The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is November 30, 2020.

                                                Respectfully submitted,

Dated: October 29, 2020                    McGREGOR W. SCOTT
                                                United States Attorney

                                               By: /s/ AUDREY B. HEMESATH
                                                    AUDREY B. HEMESATH
                                                    Assistant United States Attorney

                                                 /s/ CURTIS MORRISON
                                                 CURTIS MORRISON
                                                 Counsel for Plaintiffs

**ORDER**

Pursuant to the parties' stipulation (ECF No. 8), it is HEREBY ORDERED that Defendants shall file an answer or other dispositive pleading no later than November 30, 2020.

IT IS SO ORDERED.

Dated:  **November 2, 2020**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE