UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHRAIN AL PATO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, et al.,<br><br>Defendants. | No.  1:20-cv-00973-NONE-EPG<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 16) |

On March 15, 2021, the parties filed a stipulation for a 30-day extension of time for Defendants to respond to the complaint. (ECF No. 16). The parties stipulate that this case concerns an overseas applicant in an immigration case, and the applicant is in the process of arranging travel to interview at a United States consulate for an interview. The parties request that Defendants have until April 15, 2021 to file an answer or other dispositive pleading. Finding good cause, the Court grants the request.

Accordingly, IT IS HEREBY ORDERED that Defendants shall respond to complaint no later than April 15, 2021.
IT IS SO ORDERED.

Dated:  **March 16, 2021**                    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1