IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHRAIN AL PATO, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>WILLIAM BARR, et al.,<br><br>       Defendants. | CASE NO. 1:20-cv-973 NONE EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 18) |

  The United States respectfully requests a 14-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose. United States Citizenship and Immigration Services is in the process of reviewing information received from the applicant's recent overseas interview at the United States consulate relevant. The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is April 29, 2021.

                        Respectfully submitted,

1

| | | |
|---|---|---|
| Dated: April 14, 2021 | | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | By: | /s/ AUDREY B. HEMESATH<br>AUDREY B. HEMESATH<br>Assistant United States Attorney |
| | | /s/ CURTIS MORRISON<br>CURTIS MORRISON<br>Counsel for Plaintiffs |

2

**ORDER**

On April 14, 2021, the parties filed a stipulation to grant a fourteen-day extension of time to the United States to respond to Plaintiff's complaint. (ECF No. 18). The parties stipulate that the United States Citizenship and Immigration Services is reviewing certain information. The Court finds good cause to grant the stipulated request.

Accordingly, IT IS HEREBY ORDERED that Defendants shall file an answer or other responsive pleading no later than April 29, 2021.

IT IS SO ORDERED.

Dated:  **April 15, 2021**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE