IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NAHRAIN AL PATO, ET AL.,

               Plaintiffs,

       v.

WILLIAM BARR, ET AL.,

               Defendants.

CASE NO.  1:20-cv-00973 NONE EPG

STIPULATION AND ORDER FOR EXTENSION OF TIME

     The United States respectfully requests a 30-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose.  United States Citizenship and Immigration Services has approved the I-730 and transferred the matter to the National Visa Center, and the applicant is being scheduled for an additional overseas interview.  The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is May 28, 2021.

                               Respectfully submitted,

///

///

///

///

///

///

///

1

1   Dated:  April 27, 2021

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PHILLIP A. TALBERT
Acting United States Attorney


By:  /s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
Assistant United States Attorney



/s/ CURTIS MORRISON
CURTIS MORRISON
Counsel for Plaintiffs

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

Pursuant to the parties' stipulation filed on April 27, 2021 (ECF No. 20) and good cause appearing, IT IS HEREBY ORDERED that Defendants shall file an answer or other dispositive pleading no later than May 28, 2021.

IT IS SO ORDERED.

Dated:   **April 27, 2021**                    /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

3