IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHRAIN AL PATO, ET AL.,<br><br>                 Plaintiffs,<br><br>     v.<br><br>WILLIAM BARR, ET AL.,<br><br>                Defendants. | CASE NO. 1:20-CV-973-NONE-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 22) |

      The United States respectfully requests a 20-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose. Plaintiff is scheduled for an overseas interview by the Department of State on May 31, 2021. The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is June 17, 2021.

                                                                Respectfully submitted,

Dated: May 26, 2021                                 PHILLIP A. TALBERT
                                                             Acting United States Attorney

                                                   By:  /s/ AUDREY B. HEMESATH
                                                             AUDREY B. HEMESATH
                                                              Assistant United States Attorney


                                                              /s/ CURTIS MORRISON
                                                              CURTIS MORRISON
                                                              Counsel for Plaintiffs

1

ORDER

Pursuant to the parties' stipulation filed on May 26, 2021, (ECF No. 22), and good cause appearing, IT IS HEREBY ORDERED that Defendants shall file an answer or other responsive pleading no later than June 17, 2021.

IT IS SO ORDERED.

Dated: **June 1, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE