UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHRAIN AL PATO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, et al.,<br><br>Defendants. | Case No. 1:20-cv-00973-NONE-EPG<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 24) |

This matter is before the Court on the Defendants' motion for a 14-day extension of the time to respond to the complaint. (ECF No. 24). As grounds for the extension, the motion states as follows:

> [The United States Citizenship and Immigration Services (USCIS)] has completed all administrative action possible on this overseas immigration application, and the application is now pending with the United States Department of State—specifically the consulate in Amman, Jordan. The Department of State is not a party to this action, but undersigned counsel has nevertheless been in contact with that agency toward the end of attempting to facilitate the prompt adjudication of the pending application and the resulting mootness of this lawsuit. Undersigned counsel is informed that the Department of State is pending additional information background checks before adjudication will be possible. Undersigned counsel is informed that those additional background checks are anticipated to be completed within an additional 1-2 weeks.
>
> Because there is no further action that USCIS might take at this time, and because it is anticipated that the Department of State [] may complete its adjudication within an additional brief extension period, the United States respectfully requests an additional continuance of the answer date until July 1, 2021. The United States will file either an answer, a dispositive pleading, or an additional status report at this time.

(*Id.* at 1-2).

1

Good cause appearing, IT IS HEREBY ORDERED that Defendants' motion for extension of time to respond to the complaint (ECF No. 24) is granted. Defendants shall file an answer or other responsive pleading no later than July 1, 2021.[1]

IT IS SO ORDERED.

Dated: **June 22, 2021**

/s/ *Erin P. Groj*
UNITED STATES MAGISTRATE JUDGE

---

[1] Should Defendants request any future extension of time, Defendants shall first contact Plaintiffs and state Plaintiffs' position on the extension request in the filing. And, upon review of any such future filing, the Court may order that a status conference be set.