1 PHILLIP A. TALBERT
Acting United States Attorney
2 AUDREY B. HEMESATH
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHRAIN AL PATO, ET AL., | CASE NO. 1:20-cv-973-NONE-EPG |
| Plaintiffs, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | (ECF No. 26) |
| WILLIAM BARR, ET AL., | |
| Defendants. | |

The United States respectfully requests a 60-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose. Undersigned counsel for the United States is informed that Embassy Amman has finished the interview phase of processing in the case of Yokhanna Khames. The next step in the process is the obtainment of assurances from the World Refugee Assistance Program (WRAPS). The process of obtaining assurances can take anywhere from 3 to 8 weeks. The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is September 1, 2021.

1

Respectfully submitted,

Dated: June 24, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
Assistant United States Attorney


/s/ CURTIS MORRISON
CURTIS MORRISON
Counsel for Plaintiffs

**ORDER**

Pursuant to the parties' stipulation filed on June 24, 2021, (ECF No. 26), and good cause appearing, IT IS HEREBY ORDERED that Defendants shall file an answer or other responsive pleading no later than September 1, 2021.

IT IS SO ORDERED.

Dated: **June 25, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE