UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHRAIN AL PATO, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>WILLIAM BARR, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-00973-NONE-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 28) |

　　　On August 24, 2021, Plaintiffs filed a notice voluntarily dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 28.) Therefore, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate all pending deadlines, assign a district judge to this case for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

　　Dated:　**August 25, 2021**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1